CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 195058
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Luis Villegas**, <br><br> Plaintiff, <br><br> v. <br><br> **Deepz Investments, Inc.**, a California Corporation; and Does 1-10, <br><br> Defendants. | Case 2:18-CV-02409-JAK-RAO <br><br> **Plaintiff's Application for Default Judgment by Court Against Deepz Investments, Inc.**, <br><br> Date:   October 1, 2018 <br> Time:   8:30 a.m. <br> Ctrm:   10B |

To Defendants Deepz Investments, Inc., and the attorneys of record, if any:  Please take notice that on October 1, 2018, at 8:30 a.m., or as soon thereafter as this matter may be heard by this Court located at First Street Courthouse, 350 W. First Street, Courtroom 10B, Los Angeles, CA 90012. Plaintiff Luis Villegas will present his application for default judgment against defendant Deepz Investments, Inc. The Clerk has previously entered the default on Deepz Investments, Inc., on June 8, 2018.

At the time and place of hearing, plaintiff will present proof of the

1

following matters: (1) Defendant Deepz Investments, Inc., is not minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant Deepz Investments, Inc., has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages and $4,802.50 in attorney fees and costs as set forth in the attached declaration of Dennis Price and an Order directing the defendant to: provide accessible path of travel inside the Store located at or about 501 Glendale Blvd., Los Angeles, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendant Deepz Investments, Inc., on July 17, 2018, by first class United States Mail, postage prepaid.

Dated: July 11, 2018                    CENTER FOR DISABILITY ACCESS

                                        By: */s/ Dennis Price*
                                        Dennis Price, Esq.
                                        Attorneys for Plaintiff

Plaintiff's Application for Default Judgment        Case: 2:18-CV-02409-JAK-RAO