UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEEPZ INVESTMENTS, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case 2:18-CV-02409-JAK-RAO<br><br>**JUDGMENT**<br><br>**JS-6** |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Luis Villegas shall have JUDGMENT in his favor, in the amount of $4000 in damages, $2000 in attorney's fees and $630 in costs, against defendant Deepz Investments, Inc.

Additionally, defendant Deepz Investments, Inc., is ordered to make the store located at or about 501 Glendale Blvd., Los Angeles, California ("Store"), become compliant with the Americans with Disabilities Act and the Unruh Civil Rights Act. Defendant Deepz Investments, Inc., shall provide an accessible route inside the Store that permits travel by wheelchair users.

IT IS SO ORDERED.

Dated: October 29, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE